IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THRIVENT FINANCIAL FOR LUTHERANS,**<br><br>        Plaintiff,<br><br>v.<br><br>**TETYANA V. SCHENZEL, CHRISTINE MOORMAN, and AMERICAN FUNERAL FINANCIAL, LLC,**<br><br>        Defendants. | **Civil Action No.:**<br>**2:17-cv-00492-WKW-CSC** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this case jointly agree and stipulate that this action is due to be dismissed with prejudice, costs taxed as paid.  As grounds therefor, the parties state that they have reached agreement as to the distribution of the proceeds of the policy of insurance made the subject of this interpleader complaint.

WHEREFORE, premises considered, the parties request this Court to dismiss this action with prejudice.

{BH334853.1}

Respectfully submitted,

*/s/ Emily Sides Bonds*
Emily Sides Bonds (ASB-9610-N77E)
Attorney for Thrivent Financial for Lutherans

OF COUNSEL:
**JONES WALKER LLP**
1819 5th Ave. N., Ste. 1100
Birmingham, AL 35203
Telephone (205) 244-5235
Facsimile (205) 244-5435
ebonds@joneswalker.com

Tetyana Schenzel
163 Hillside Ridge
Wetumpka, AL 36093

Christine Moorman
75207 River Road
Covington, LA 70435

*Respectfully submitted,*

OF COUNSEL:
JONES WALKER LLP
1819 5th Ave. N., Ste. 1100
Birmingham, AL 35203
Telephone (205) 244-5235
Facsimile (205) 244-5435
ebonds@joneswalker.com

_____
Emily Sides Bonds (ASB-9610-N77E)
Attorney for Thrivent Financial for Lutherans


*/s/ Tetyana V. Schenzel*
Tetyana Schenzel
163 Hillside Ridge
Wetumpka, AL 36093


_____
Christine Moorman
75207 River Road
Covington, LA 70435

{BH334853.1}

2

*Respectfully submitted,*

OF COUNSEL:
JONES WALKER LLP
1819 5th Ave. N., Ste. 1100
Birmingham, AL 35203
Telephone (205) 244-5235
Facsimile (205) 244-5435
ebonds@joneswalker.com

_____
Emily Sides Bonds (ASB-9610-N77E)
Attorney for Thrivent Financial for Lutherans

_____
Tetyana Schenzel
163 Hillside Ridge
Wetumpka, AL 36093

*/s/ Christine Moorman*
Christine Moorman
75207 River Road
Covington, LA 70435

{BH334853.1}

2

*/s/ Matthew W. Robinett (with permission)*
Matthew W. Robinett (ASB-3523-I72M)
Counsel for American Funeral Financial, LLC

OF COUNSEL:

**NORMAN, WOOD, KENDRICK & TURNER**
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone (205) 259-1036
Facsimile (205) 251-5479
mrobinett@nwkt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2017, I electronically filed the foregoing with the Clerk of the Court using ECF, which will serve counsel listed below via electronic mail:

Matthew W. Robinett, Esq.
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone (205) 259-1036
Facsimile (205) 251-5479
Email:  mrobinett@nwkt.com

I also certify that on September 13, 2017, I emailed and mailed a copy of the foregoing parties who are appearing pro se as follows:

Tetyana Schenzel
163 Hillside Ridge
Wetumpka, AL 36093
Email: amazingart@att.net

{BH334853.1}
3

Christine Moorman
75207 River Road
Covington, LA 70435
Email: chrismoorman77@gmail.com

                                              */s/ Emily Sides Bonds*
                                              OF COUNSEL