UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                                           TELEPHONE (334) 954-3600

September 15, 2017

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Thrivent Financial for Lutherans v. Schenzel et al

**Case Number:** 2:17-cv-00492-WKW

**This Notice of Correction was filed in the referenced case this date to attach a corrected PDF document to reflect the correct document number for the joint stipulation as doc # 10 and not doc # 16.**

**The correct PDF document is attached to this notice for your review.    Reference is made to document # 11 filed on September 15, 2017.**